IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH LaROSA and DOMINICK LaROSA,

Plaintiff,

v.

ANDREA PECORA, A/K/A ANDREA FUCILLO; JENNIFER LaROSA WARD; CHRIS WARD; VIRGIL DAVID LaROSA; SANDRA LaROSA; AND CHEYENNE SALES COMPANY, INC.,

Defendants.

Case No. 1:07-cv-00078

**FILED**
AUG 9 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

## ORDER OF COURT

AND NOW, this 9th day of August, 2007, upon consideration of the foregoing Consent Motion for Enlargement of Time, it is hereby ORDERED that the Plaintiffs shall file a response to each pending motion to dismiss filed by each of the Defendants on or before September 4, 2007.

Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

Consented to:

By: /s/John J. Nesius
John J. Nesius, Esquire
Spilman Thomas & Battle, PLLC

Counsel to Andrea Pecora, Jennifer LaRosa Ward, Chris Ward, Virgil David LaRosa, and Sandra LaRosa

By: /s/Robert L. Greer
Robert L. Greer, Esquire
Greer Law Offices, PLLC

Counsel to Cheyenne Sales Company, Inc.

By: /s/ Ronald B. Roteman
Ronald B. Roteman, Esquire
WV ID No. 9234
Campbell & Levine, LLC

Counsel to Joseph LaRosa and Dominick LaRosa