FILED
OCT 2 9 2007
US DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH LAROSA and DOMINICK
LAROSA,
    Plaintiff(s),

v.                        Civil NO: 1:07-CV-00078

ANDREA PECORA a/k/a ANDREA
FUCILLO, ET AL.
    Defendant(s)

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Mark S Frank, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party

ENTER: October 29, 2007

                                                        _____
                                                        United States District Judge