IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH LAROSA and DOMINICK LAROSA,**

    **Plaintiffs,**

**v.** // CIVIL ACTION NO. 1:07CV78
                                                    (Judge Keeley)

**ANDREA PECORA, also known as Andrea Fucillo, JENNIFER LAROSA WARD, CHRIS WARD, VIRGIL D. LAROSA, SANDRA LAROSA, and CHEYENNE SALES, CO., INC.,**

    **Defendants.**

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **November 6, 2007 at 11:30 a.m.**, is **RESCHEDULED** for **November 6, 2007 at 12:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the call to **(304)624-5850**. Counsel for defendant shall notify plaintiff's counsel no later than 2:00 p.m. on November 5, 2007 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: October 31, 2007.

                                             /s/ Irene M. Keeley
                                           IRENE M. KEELEY
                                           UNITED STATES DISTRICT JUDGE