IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH LaROSA and**
**DOMINICK LaROSA,**

    **Plaintiffs,**

v.                                                      Case No. 1:07-cv-00078

**ANDREA PECORA a/k/a**
**ANDREA FUCILLO;**
**JENNIFER LaROSA WARD;**
**CHRIS WARD; VIRGIL DAVID**
**LaROSA; SANDRA LaROSA; and**
**CHEYENNE SALES COMPANY, INC.,**

    **Defendants.**

## ORDER FOR SUBSTITUTION OF COUNSEL

This day before the Court upon the "Motion for Withdrawal and Substitution of Counsel" filed by counsel for the Defendants, Andrea Pecora, Jennifer LaRosa Ward, Chris Ward, Virgil David LaRosa, and Sandra LaRosa (the "Individual Defendants"). Upon consideration of said Motion, the Court being of the opinion that there are good and sufficient grounds therefore, IT IS ORDERED that John J. Nesius be, and hereby is, GRANTED LEAVE to withdraw as counsel for the Individual Defendants, and that James S. Crockett, Jr., Esquire, also of Spilman Thomas & Battle, PLLC, is hereby substituted as counsel in his place and stead.

ENTER this 21st day of December 2007.

                                                     _Irene M. Keeley_
                                                     United States District Judge