## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH LAROSA and DOMINICK LAROSA,**

    **Plaintiffs,**

v.              //    CIVIL ACTION NO. 1:07CV78
                            (Judge Keeley)

**ANDREA PECORA, also known as Andrea Fucillo, JENNIFER LAROSA WARD, CHRIS WARD, VIRGIL D. LAROSA, SANDRA LAROSA, and CHEYENNE SALES, CO., INC.,**

    **Defendants.**

### ORDER SCHEDULING HEARING

The Court will conduct a hearing on **January 22, 2008 at 3:30 p.m.** at the **Clarksburg, West Virginia** point of holding court to address pending motions. Counsel may appear by telephone. The Court directs Ronald Roteman, counsel for plaintiff, to initiate the call to **304-624-5850.** Counsel shall notify Mr. Roteman of the number where they may be reached for the conference by 10:00 a.m. January 22, 2008.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: January 17, 2008.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE