IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH LAROSA and DOMINICK LAROSA,**

      **Plaintiffs,**

**v.**                  **// CIVIL ACTION NO. 1:07CV78**
                                   **(Judge Keeley)**

**ANDREA PECORA, also known as Andrea Fucillo, JENNIFER LAROSA WARD, CHRIS WARD, VIRGIL D. LAROSA, SANDRA LAROSA, and CHEYENNE SALES, CO., INC.,**

      **Defendants.**

**ORDER GRANTING PLAINTIFFS' MOTION TO
MODIFY THE SCHEDULING ORDER**

On January 22, 2008, the Court conducted a hearing to take up the plaintiffs', Joseph and Dominick LaRosa (the "LaRosa Brothers"), motion to amend the scheduling order. For the reasons stated on the record, the Court **GRANTED-IN-PART** the LaRosa Brothers' motion (dkt. no. 42) as set forth in the following amended deadlines:

| PLAINTIFF EXPERT DISCLOSURE | March 14, 2008 |
|---|---|
| DEFENDANT EXPERT DISCLOSURE | April 1, 2008 |
| REBUTTAL EXPERT DISCLOSURE | April 10, 2008 |
| DAUBERT MOTIONS | April 18, 2008 |
| DAUBERT HEARING | May 2, 2008 |
| PLAINTIFF JOIN PARTIES OR AMEND PLEADINGS | February 29, 2008 |
| DEFENDANT JOIN PARTIES OR AMEND PLEADINGS | February 29, 2008 |

**LAROSA V. PECORA, ET AL.** 1:07CV78

**ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER**

All other dates set in the original scheduling order shall remain the same.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 23, 2008.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE